UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUMMIT 6 LLC,<br><br>  Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION CORP., et al.,<br><br>  Defendants. | 3:11-CV-367 |

## DESIGNATION OF EXPERT WITNESSES

Pursuant to the Amended Scheduling Order, (Doc. 176), Defendants Research In Motion Corp. and Research In Motion Ltd. (collectively, "RIM"); Samsung Electronics Co. Ltd. and Samsung Telecommunications America LLC (collectively, "Samsung"); and Facebook, Inc. ("Facebook") (collectively, "Defendants") designate the following expert witnesses:

Stephen Gray:  Mr. Gray will appear as an expert witness on behalf of RIM. Mr. Gray's address is: Gray & Yorg LLC, 1435 Highland Drive, Solana Beach, CA 92075.

J. David Cabello:  Mr. Cabello will appear as an expert witness on behalf of Defendants. Mr. Cabello's address is: 20333 S.H. 249, Suite 600, Houston, TX 77070, (832) 446-2410.

Dr. Vernon Thomas Rhyne: Dr. Rhyne will appear as an expert witness on behalf of Samsung and Facebook.  Dr. Rhyne's address is: 8407 Horse Mountain Cove, Austin, TX 78759-6828, (512) 219-0849.

Dated: August 1, 2012                                Respectfully submitted,

                                                     FISH & RICHARDSON P.C.


                                                     By: */s/ Robert C. Earle*
                                                         Thomas M. Melsheimer
                                                         melsheimer@fr.com
                                                         Texas Bar No. 13922550
                                                         Thomas H. Reger II
                                                         reger@fr.com
                                                         Texas Bar No. 24032992
                                                         Robert C. Earle
                                                         Texas Bar No. 24002029
                                                         1717 Main Street, Suite 5000
                                                         Dallas, Texas 75201
                                                         (214) 747-5070 (Telephone)
                                                         (214) 747-2091 (Facsimile)

                                                         COUNSEL FOR DEFENDANTS
                                                         **RESEARCH IN MOTION
                                                         CORPORATION** AND **RESEARCH IN
                                                         MOTION LIMITED**

/s/ Todd Patterson
James Nelson
james.nelson@dlapiper.com
State Bar No. 14899800
**DLA Piper LLP (US)**
1717 Main Street, Suite 4600
Dallas, Texas  75201-4629
Phone: 214.743.4544
Fax: 972.813.6256

Brian K. Erickson
brian.erickson@dlapiper.com
State Bar No. Bar No. 24012594
Todd Patterson
todd.patterson@dlapiper.com
State Bar No. 24060396
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

Mark Fowler (pro hac vice)
Chang Kim (pro hac vice)
Krista Celentano ( pro hac vice)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Tel:  650.833.2000
Fax:  650.833.2001

**Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG TELECOMMUNICATIONS
AMERICA LLC**


/s/ Corey J. Manley
Deron R. Dacus
Texas Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430




Gregg F. LoCascio, P.C.
Corey J. Manley
Christopher R. Nalevanko
KIRKLAND & ELLIS LLP
655 15th Street, N.W.

Page  3

OF COUNSEL:

Gregg F. LoCascio, P.C.
Corey J. Manley
Christopher R. Nalevanko
**KIRKLAND & ELLIS LLP**
655 15th Street, N.W.
Washington, DC 20005
Tel: (202) 579-5000
Fax: (202) 879-5200
gregg.locascio@kirkland.com
corey.manley@kirkland.com
christopher.nalevanko@kirkland.com

**Attorneys for Defendant
FACEBOOK, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of DESIGNATION OF EXPERT WITNESSES has been served upon counsel for Plaintiff, via electronic service.

*/s/ Robert C. Earle*
Robert C. Earle