U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

2013

2:21 pm

CLERK, U.S. DISTRICT COURT

By _____
                Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | Civil Action No. 3:11-cv-00367-O |
| | § | |
| RESEARCH IN MOTION CORP., et al., | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants | § | |

## DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG
## TELECOMMUNICATIONS AMERICA LLC'S
## FINAL TRIAL EXHIBIT LIST
4/4/13

Pursuant to the Amended Scheduling Order (D.I.138), Defendants Samsung Electronics

Co., Ltd. and Samsung Telecommunications America, LLC (collectively, the "Samsung

Defendants") respectfully submit their Final Exhibit List.

| Presiding Judge: | Plaintiff's Attorney(s): | Defendants' Attorney(s): |
|---|---|---|
| Hon. Reed O'Connor | Ted Stevenson; John Campbell; Brad Caldwell; Phillip Aurentz, Ashley Moore | James Nelson , Mark Fowler, Claudia Frost, Andrew Valentine, Brian Erickson; Todd Patterson |
| **Trial / Hearing Date(s):** | **Court Reporter:** | **Courtroom Deputy:** |
| March 29, 2013 | Denver Roden | Tyler Crowley |

| EX. NO. | DESCRIPTION | BATES NOS. | OFF | ADMIT |
|---------|-------------|------------|-----|-------|
| DX-2004 | US Patent No. 7,765,482 | SUMMIT6-00000015-30 | | X |
| DX-2010 | Memo dated 6/30/98 from Terry Anderson, et al, to Oliver Curme, et al, forwarding April and May 1998 Board package for PictureWorks Technology | SUMMIT6-00002771-76 | | X |
| DX-2017 | Email dated 07/22/98 from Don Strickland to Lisa Wood and Terry Anderson re Ginal Q2 Goals | SUMMIT6-00122292-93 | | X |
| DX-2018 | Prioritized Activities for Enterprise Team- Activities completed week of 7/27/98 | SUMMIT6-00001781- 85 | | X |
| DX-2022 | US Patent No. 6,895,557, Web-Based Media Submission Tool | SUMMIT6-00000001-14 | | X |
| DX-2029 | Email string dated 04/13/06 from Yoakum to Woo et al re Notes from Point2 discussion - confidential | SUMMIT6-00113959-61 | | X |
| DX-2030 | Admissions Corporation Interim Board of Directors Meeting 2/10/06 | SUMMIT6-00022667-68 | | X |
| DX-2038 | Documents re Robin Fried's work for PictureWorks | SUMMIT6-00133541-580 | | X |
| DX-2042 | Press Release - Summit 6 Announces Federal Lawsuit Over Digital Uploading Patents | SUMMIT6-00100772 | | X |
| DX-2045 | Email dated 10/09/97 from Scott Lewis to Lisa Wood re Real Estate Products from PW | SUMMIT6-00002446 | | X |
| DX-2047 | Hotshots user manual | SAM0416102-15 | | X |
| DX-2055 | Coyote Software Contracts and Invoices 4/30/98-6/1/99 | SUMMIT6-00002208-50 | | X |
| DX-2058 | Point2 source code (as identified and authenticated by Eron Wright during deposition on 7/24/12, Depo. Ex. 68) | | | X |
| DX-2059 | Point2 Demonstration CD  (as identified and authenticated by Eron Wright during deposition on 7/24/12, Depo. Ex. 69) | | | X |
| DX-2072 | Screen Shot P2upload12.cab Properties Digital Signature Details | | | X |
| DX-2073 | Screen Shot P2upload14.cab Properties Digital Signature Details | | | X |
| DX-2074 | Screen Shot P2upload16.cab Properties Digital Signature Details | | | X |

| EX. NO. | DESCRIPTION | BATES NOS. | OFF | ADMIT |
|---|---|---|---|---|
| DX-2075 | Source Code-UploadControl.ctl | WRIGHT_SC0000 116-131 | | X |
| DX-2076 | Source Code-UploadFacility.htm | WRIGHT_SC0000 141-142 | | X |
| DX-2079 | Screen shots from demo CD; Top 5 reasons to choose Point2! | WRIGHT_000000 7-17 | | X |
| DX-2083 | Email dated 03/13/06 from Yoakum to Golding re Source code and tutorials relating to 802 patent | POINT2-0000058 | | X |
| DX-2089 | Asset Purchase Agreement b/w Admission and Ipix | SUMMIT6-00022923-952 | | X |
| DX-2090 | Asset Purchase Agreement | SUMMIT6-00022953-990 | | X |
| DX-2091 | Patent Purchase, License and Repurchase Agreement b/w Ipix and Admission; 2005 | SUMMIT6-00023144-157 | | X |
| DX-2092 | AdMission financials; 12/31/05 | SUMMIT6-00022399-414 | | X |
| DX-2095 | Purchase Agreement b/w Ipix and Free Range; 07/27/06 | SUMMIT6000272 75-287 | | X |
| DX-2098 | Patent License agmt b/w Admission and The Cobalt Group; 05/05/08 | SUMMIT6-00126640-650 | | X |
| DX-2100 | Asset Purchase Agreement b/w AdMission and UCC; 05/05/08 | SUMMIT6-00126527-639 | | X |
| DX-2101 | Patent License Agreement w/ Classified Ventures; 04/01/09 | SUMMIT6-00151465-477 | | X |
| DX-2102 | Classified Ventures Rimfire Service agmt; 04/02/03 | SUMMIT6-00020539-551 | | X |
| DX-2103 | Classified Ventures Client Admission Service agmt; 06/01/06 | SUMMIT6-00020476-493 | | X |
| DX-2106 | Patent License Agreement w/ Cobalt Group; 08/15/10 | SUMMIT6-00122030-042 | | X |
| DX-2117 | Top Twenty Customers | | | X |
| DX-2118 | Pate Notes re growth | | | X |
| DX-2120 | Binding Term Sheet w/ Minotaur Media; 02/23/06 | Point2-0000005-0000005_008 | | X |
| DX-2128 | Email dated 03/14/06 from Yoakum to Golding et al re reduction to practice | POINT2-0000010-12 | | X |

| EX. NO. | DESCRIPTION | BATES NOS. | OFF | ADMIT |
|---|---|---|---|---|
| DX-2133 | Web-based Media Submission Tool; Background of invention | SUMMIT6-00000321-415 | | X |
| DX-2135 | Fax dated 05/16/03 from Jones to Perce re Visual Content Services Agreement w/ eBay04/19/00 | SUMMIT6-00013364-399 | | X |
| DX-2136 | Amendment No. 3 to Visual Content Services Agreement b/w E-bay and Ipix; 06/27/03 | SUMMIT6-000127671-697 | | X |
| DX-2138 | Admission Patent News; Admission Corp. Granted Web-Based Media Submission Patent; 06/09/05 | SUMMIT6-00147278-284 | | X |
| DX-2144 | Handwritten notes; Admission shareholder letter; BOD Agenda; Proposed Resolutions; BOD meeting 7/13/05 | WILSON-00000065-79 | | X |
| DX-2145 | Admission Report to Shareholders Q3 2006; 12/12/06 | WILSON-00000917-928 | | X |
| DX-2175 | Proposed Unit Grants for Summit 6 LLC | YOAKUM-0000268 | | X |
| DX-2176 | Advisory Agreement dated 04/27/05 | SUMMIT6-00005831-834 | | X |
| DX-2177 | Amendment No. 1 to the Manager Advisory Agreement w/ Jackson dated 10/01/09 | JACKSON-00000011-23 | | X |
| DX-2181 | Stock Purchase Agreement b/w Pate and Jackson dated 03/2005 | SUMMIT6-00039680-685 | | X |
| DX-2183 | Email dated 12/01/04 from Pate to Wilds, Conti, Farmer cc Jones re Due Diligence update | SUMMIT6-00238456 | | X |
| DX-2184 | Letters dated 11/07/04 from Yoakum to Wilds re proposal | SUMMIT6-0239081-088 | | X |
| DX-2185 | Email dated 01/26/06 from Yoakum to Martin re AdMission Corp. as we discussed | SUMMIT6-00147285-286 | | X |
| DX-2194 | USPTO Interview Summary re 10/961720; 03/02/10 | SUMMIT6-00082261-263 | | X |
| DX-2197 | USPTO Issue Notification re 10/961720; 07/27/10 | | | X |
| DX-2200 | USPTO Office Action re 10/961720; 07/10/09 | SUMMIT6-00102843-863 | | X |
| DX-2203 | US Patent No. 7,765,482 File History | SUMMIT6-00000320-1580 | | X |
| DX-2205 | Assignment of All Intellectual Property Rights; 02/01/07 | SUMMIT6-00032728-730 | | X |

| EX. NO. | DESCRIPTION | BATES NOS. | OFF | ADMIT |
|---------|-------------|------------|-----|-------|
| DX-2206 | Case List w/ handwritten notes | | | X |
| DX-2207 | Case List | | | X |
| DX-2223 | Amendment & Response to PTO; 03/25/08 | SUMMIT6-00012273-12280 | | X |
| DX-2261 | iPIX, Fairness Opinion with Respect to Amendment No. 3 to the Visual Content Services Agreement; 06/24/03 | SUMMIT6-00013611-836 | | X |
| DX-2263 | Letter dated 04/23/08 to Shareholders | SUMMIT6-00033069-072 | | X |
| DX-2265 | Certificate of Formation for AdMission Licensing LLC 11/07/06 | SUMMIT6-00139643 | | X |
| DX-2266 | Patent Assignment AdMission Corp to Admission Licensing; 02/01/07 | SUMMIT6-00005502-506 | | X |
| DX-2267 | LLC Operating Agreement of Summit 6 LLC 04/01/09 | SUMMIT6-00140394-399 | | X |
| DX-2269 | Swiftsure Capital LLC; AdMission Confidential Information Memorandum; 02/2007 | SUMMIT6-00143801-831 | | X |
| DX-2270 | Certificate of Incorporation of AdMission, Inc. 12/13/04 | SUMMIT6-00144732-734 | | X |
| DX-2271 | Amended and Restated Certificate of Incorporation of Admission, Inc.; 01/14/05 | SUMMIT6-00073929-944 | | X |
| DX-2272 | Summit 6 Patent License Agreement w/ Classified Ventures; 04/01/09 | SUMMIT6-00151465-477 | | X |
| DX-2274 | iPIX Client Admission Service Agreement w/ BD Local 02/01/05 | SUMMIT6-00015332-345 | | X |
| DX-2277 | Amendment No. 3 to Visual Content Services Agreement b/w eBay and iPIX dated 06/27/03 ("eBay Amendment No. 3") | SUMMIT6-000127671-697 | | X |
| DX-2279 | Understanding Women & Youth Mobile Segment STA Market Research 06/06/12 | SAM0433151-177 | | X |
| DX-2284 | JD Power 2012 Wireless Traditional Mobile Phone Satisfaction Study | SAM0433061-149 | | X |
| DX-2286 | Patent Purchase, License and Repurchase Agreement b/w iPIX and AdMission dated 02/11/05 ("AdMission PLR Agreement") | SUMMIT6-00023144-157 | | X |
| DX-2288 | Summit 6 IP Overview 10/2010 | YOAKUM-0000655-662 | | X |

| EX. NO. | DESCRIPTION | BATES NOS. | OFF | ADMIT |
|---------|-------------|------------|-----|-------|
| DX-2289 | www.pewinternet.org/~/media/Files/Reports/2011/Cell%20Phones%202011.pdf (Americans and their cell Phones) | | | X |
| DX-2290 | Kindberg, Tim, et al "How and Why People Use Camera Phones." HP Laboratories Bristol HPL-2004-216, 11/26/04 | SUMMIT6-00260553-568 | | X |
| DX-2291 | Kindberg, Tim, et al, "I Saw this and Thought of You: Some Social uses of Camera Phones," HP Laboratories Bristol HPL-2005-37, 2/25/05 | SUMMIT6-00260569-573 | | X |
| DX-2292 | Background on CTIA's Semi-Annual Wireless Industry Survey, 2011 | SUMMIT6-00259998-007 | | X |
| DX-2293 | Pew Research Center, Americans and their cell phones, 8/15/11 | SUMMIT6-00261209-227 | | X |
| DX-2295 | JD Powers Press Release dated 9/2011 | | | X |
| DX-2297 | 12_4977 Wireless Handset Questionnaire, 1/9/12 | SAM0460495-525 | | X |
| DX-2298 | Forrester Research, Inc. US Consumer Technographics 3Q'11 | SAM0433179 | | X |
| DX-2302 | comScore trended for A legal, 8/20/12 | SAM0460622 | | X |
| DX-2305 | Camera Showdown: Nexus One vs. iPhone 3GS," 1/12/10 | | | X |
| DX-2308 | JD Power Wireless Smartphone Satisfaction Study | SAM0432944-060 | | X |
| DX-2312 | Samsung Smartphone Optimization,12/2011 | SAM0282275-304 | | X |
| DX-2317 | JD Power Wireless Smartphone Satisfaction Study, 3/12 | SAM0432944-3060 | | X |
| DX-2321 | "AT&T Cell Phones: How do I update my Samsung Galaxy STM II to Android 4.0 Ice Cream Sandwich?" http://www.samsung.com/us/suport/SupportOwnersFAQPopup.do?faqjd=FAQ00047325&fm_seq=51324 | | | X |
| DX-2322 | "AT&T Cell Phones: How do I update my Samsung Galaxy STM SkyrocketTM to Android 4.0 Ice Cream Sandwich?" http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00047555&fm_seq=51638 | | | X |

| EX. NO. | DESCRIPTION | BATES NOS. | OFF | ADMIT |
|---|---|---|---|---|
| DX-2323 | "AT&T Cell Phones: How do I update my Samsung Galaxy Note to Android 4.0 Ice Cream Sandwich?" http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_id=FAQ00047453&fm_seq=51497 | | | X |
| DX-2326 | Spreadsheet Service Provider, Model, End User Tool, etc. | SAM0433229 | | X |
| DX-2327 | "Cell Phones: How do I back-up and restore data to my mobile device using Kies?"" http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faqjd=FAQ00029017&fm_seq=29185 | | | X |
| DX-2328 | Everything you ever wanted to know about Android OTA Update 10/06/09 | SAM0248940-959 | | X |
| DX-2392 | https://support.twitter.com/articles/20156423# | | | X |
| DX-2394 | US Patent No. 7,765,482 File History | SUMMIT6-0000320-1580 | | X |
| DX-2396 | http://www.consumerunion.org/pub/wireless%20411%20senate%20testimony%20final.pdf | | | X |
| DX-2398 | http://downloadcenter.samsung.com/content/UM/201009/20100916022103468/VZW_SCHI920_OmniaII_English_UM_CJ10D_TE_102309_F15_with_patent_fix.pdf, p. 67 | | | X |
| DX-2399 | Manual: Samsung Intensity II http://downloadcenter.samsung.com/content/UM/201010/20101013232029000/Verizon_Wireless_U460_Intensity2_Eng_User_Manual.pdf, p. 98 | | | X |
| DX-2408 | US Patent No. 6,895,557 File History | SUMMIT6-00000032-319 | | X |
| DX-2421 | Point2 Wayback Machine Materials | FB-SUM0188460-931 | | X |
| DX-2436 | 12/22/08 AdMission Licensing LLC changed its name to Summit 6 LLC | SUMMIT6-00005507-10 | | X |
| DX-2437 | News Release 02/17/05 | SUMMIT6-00015872 | | X |

| EX. NO. | DESCRIPTION | BATES NOS. | OFF | ADMIT |
|---|---|---|---|---|
| DX-2438 | Admission Corporation Report to Shareholders Q2 07/27/05 | SUMMIT6-00022366-76 | | X |
| DX-2469 | Summit 6 Report to Members 06/10/09 | SUMMIT6-00149795-800 | | X |
| DX-2476 | Investor Presentation 10/24/05 | SUMMIT6-00155265-281 | | X |
| DX-2479 | AdMission Q3 2005 Report to Shareholders 11/03/05 | SUMMIT6-00022378-86 | | X |
| DX-2482 | Assignment 02/01/07 | SUMMIT6-000005504-06 | | X |
| DX-2485 | Plaintiff Summit 6 LLC's Third Supplemental Objections and Responses to Facebook's Second Set of Specific Interrogatories served 11/07/12 | | | X |
| DX-2544 | US Patent No. 6,038,295 | FB-SUM0223025-035 | | X |
| DX-2583 | Samsung Galaxy S II; http://www.phonearena.com/phones/Samsung-Galaxy-S-II_id5106 | | | X |
| DX-2586 | Skype for Android Adds Photo and Video Messaging over Wi-Fi and 3G | | | X |
| DX-2587 | Blackberry Messenger, CNET Editor's Rating | | | X |
| DX-2588 | Blackberry Messenger 5.0 Officially Available in App World | | | X |

Dated:  April 4, 2013

Respectfully submitted,

By:   _/s/ James R. Nelson_
James R. Nelson
jr.nelson@dlapiper.com
State Bar No. 14899800
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Tel:  214.743.4512
Fax:  972.813.6269

Brian K. Erickson
brian.erickson@dlapiper.com
State Bar No. Bar No. 24012594
Todd Patterson
todd.patterson@dlapiper.com
State Bar No. 24060396
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Tel: 512.457.7000
Fax: 512.457.7001

Claudia Wilson Frost
State Bar No. 21671300
DLA PIPER LLP(US)
1000 Louisiana, Suite 2800
Houston, Texas 77002
713.425.8450 – Office
713.300.6050 – Facsimile
Claudia.Frost@dlapiper.com

Mark Fowler (pro hac vice)
Andrew Valentine (pro hac vice)
Erik R. Fuehrer (pro hac vice)
Krista Celentano ( pro hac vice)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303
Tel:  650.833.2000
Fax:  650.833.2001

**Attorneys for Defendants**
**SAMSUNG ELECTRONICS CO., LTD. AND**
**SAMSUNG TELECOMMUNICATIONS**
**AMERICA, LLC**

9