U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

2013

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SUMMIT 6 LLC, | § | CIVIL ACTION NO. 3:11-cv-00367-O |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| RESEARCH IN MOTION CORP., | § | |
| | § | FILED UNDER SEAL |
| Defendants. | § | |

## PLAINTIFF SUMMIT 6 LLC'S
## <u>FINAL TRIAL EXHIBIT LIST</u>
## 04/04/13

Pursuant to paragraph 13(c) of the Amended Scheduling Order, Summit 6 LLC hereby states that set forth in the columns identifying Samsung's objections are the agreements and objections regarding admissibility for each of Summit 6 LLC's trial exhibits. Summit 6 LLC is working diligently to come to agreement with Samsung on objections and admissibility of exhibits.

| Presiding Judge: | Plaintiff's Attorney(s): | Defendants' Attorney(s): |
|---|---|---|
| Reed O'Connor | Ted Stevenson; Doug Cawley; John Campbell; Brad Caldwell; Phillip Aurentz, Ashley Moore | Brian Erickson; Todd Patterson; James Nelson |
| **Trial / Hearing Date(s):** | **Court Reporter:** | **Courtroom Deputy:** |
| March 29, 2013 | Denver Roden | Tyler Crowley |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-1 | | X | U.S. Patent 6,895,557 B1 to Wood, et al. (Certified Copy) | 05/17/05 | SUMMIT6-00000001-SUMMIT6-00000014 |
| PX-2 | | X | U.S. Patent 7,765,482 B2 to Wood, et al. (Certified Copy) | 07/27/10 | SUMMIT6-00000015-SUMMIT6-00000030 |
| PX-3 | | X | U.S. Patent 6,895,557 B1 to Wood, et al.: File History (Certified Copy) | 07/21/99 | SUMMIT6-00000031-SUMMIT6-00000319 |
| PX-4 | | X | U.S. Patent 7,765,482 B2 to Wood, et al.: File History (Certified Copy) | 10/08/04 | SUMMIT6-00000320-SUMMIT6-00001580 |
| PX-5 | | X | U.S. Patent 6,895,557 Application File | 04/01/02 | SUMMIT6-00009357-SUMMIT6-00009397 |
| PX-6 | | X | Assignment: U.S. Patent 6,895,557 (Certified Copy) | 07/20/99 | SUMMIT6-00262221-SUMMIT6-00262227 |
| PX-7 | | X | Assignment: U.S. Patent 6,895,557 (Certified Copy) | 03/28/02 | SUMMIT6-00262228-SUMMIT6-00262231 |
| PX-8 | | X | Assignment: U.S. Patent 6,895,557 & U.S. Patent 7,765,482 (Certified Copy) | 12/19/08 | SUMMIT6-00262232-SUMMIT6-00262236 |
| PX-9 | | X | Assignment: U.S. Patent 6,895,557 & U.S. Patent 7,765,482 (Certified Copy) | 05/13/05 | SUMMIT6-00262237-SUMMIT6-00262247 |
| PX-10 | | X | Assignment: U.S. Patent 6,895,557 & U.S. Patent 7,765,482 (Certified Copy) | 05/13/05 | SUMMIT6-00262198-SUMMIT6-00262214 |
| PX-11 | | X | Assignment: U.S. Patent 6,895,557 & U.S. Patent 7,765,482 (Certified Copy) | 02/01/07 | SUMMIT6-00262215-SUMMIT6-00262220 |
| PX-12 | | X | Assignment File | 07/21/99 | SUMMIT6-00012476-SUMMIT6-00012565 |
| PX-13 | | X | Notice of Recordation of Assignment | 02/02/09 | SUMMIT6-00082519-SUMMIT6-00082523 |
| PX-14 | | X | Notice of Recordation of Assignment from PW Technology and PictureWorks to iPIX | 07/17/05 | SUMMIT6-00010945-SUMMIT6-00011113 |
| PX-15 | | X | The Media Acquisition & Distribution (MAD) System | 09/09/98 | SUMMIT6-00001626-SUMMIT6-00001629 |
| PX-16 | | X | TomorrowLand MRD | 07/29/98 | SUMMIT6-00001633-SUMMIT6-00001645 |
| PX-17 | | X | Proposed Agreement between PictureWorks and Coyote Sam, Inc. | 04/30/98 | SUMMIT6-00001646-SUMMIT6-00001685 |
| PX-18 | | X | Email from S. Lewis to L. Wood re: FW: Resources for Monorail | 07/02/98 | SUMMIT6-00001751 |
| PX-19 | | X | Email from R. Fried to M. White re: Discussion | 07/09/98 | SUMMIT6-00001756 |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-20 | | X | Email from R. Fried to S. Lewis, et al. re: Contacts | 07/09/98 | SUMMIT6-00001757 |
| PX-21 | | X | Email from S. Lewis to L. Wood re: FW: Visit with Suzanne Croft | 07/17/98 | SUMMIT6-00001760-SUMMIT6-00001761 |
| PX-22 | | X | Letter from S. Lewis to K. El-Fishawy re: Classifieds2000 Proposal | 10/02/98 | SUMMIT6-00001928-SUMMIT6-00001934 |
| PX-23 | | X | Email from R. Fried to T. Anderson, et al. re:  Coyote Status Report for Friday Oct 16, 1998 | 10/16/98 | SUMMIT6-00001953-SUMMIT6-00001954 |
| PX-24 | | X | "PictureWorks Technology Inc. Streamlines Posting of Photos to the Internet," Business Wire | 11/06/98 | SUMMIT6-00001964-SUMMIT6-00001965 |
| PX-25 | | X | Letter from S. Lewis to G. Dillabough re: PictureWorks Announcing Partnership with Akamai Technologies | 10/20/98 | SUMMIT6-00002005-SUMMIT6-00002010 |
| PX-26 | | X | "PictureWorks Plans to Become Powerhouse in Internet Imaging - Exclusive Interview with CEO," The Future Image Report | 00/00/99 | SUMMIT6-00002131-SUMMIT6-00002135 |
| PX-27 | | X | Coyote Software and PictureWorks Technology Contracts and Invoices | 04/30/98 - 06/01/99 | SUMMIT6-00002208-SUMMIT6-00002250 |
| PX-28 | | X | PictureWorks Project Plan Summary Sheet - Draft #2 | 10/02/98 | SUMMIT6-00002390-SUMMIT6-00002392 |
| PX-29 | | X | Email from R. Fried to T. Anderson, et al. re: MAD Pure | 11/13/98 | SUMMIT6-00002440 |
| PX-30 | | X | Email from R. Fried to T. Anderson, et al. re: FW: MAD Status Report for 11/14/98 | 11/14/98 | SUMMIT6-00002518-SUMMIT6-00002520 |
| PX-31 | | X | PictureWorks Media Acquisition & Distribution System Assumptions & Requirements - Draft 5 | 11/20/98 | SUMMIT6-00002521-SUMMIT6-00002527 |
| PX-32 | | X | Email from L. Fleming to A. Hunter, et al. re: MAD Assumptions | 11/23/98 | SUMMIT6-00002528-SUMMIT6-00002535 |
| PX-33 | | X | PictureWorks Media Acquisition & Distribution System Technical Overview | 12/21/98 | SUMMIT6-00002536-SUMMIT6-00002545 |
| PX-34 | | X | Documents with Handwritten Notes | 04/02/98 | SUMMIT6-00002746-SUMMIT6-00002751 |
| PX-35 | | X | Workshop and TomorrowLand Team Meeting Notes | 04/15/98 | SUMMIT6-00002753-SUMMIT6-00002762 |
| PX-36 | | X | Presentation: "Real Estate Intranet Architecture," with Handwritten Notes | 09/28/08 | SUMMIT6-00002765-SUMMIT6-00002769 |
| PX-37 | | X | Presentation: "PictureWorks Monorail Media Management Solution" | 07/00/98 | SUMMIT6-00002780-SUMMIT6-00002785 |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-38 | | X | Email from S. Lewis to D. Strickland, et al. re: Cendant Prepare & Post Diagrams.ppt | 07/31/98 | SUMMIT6-00002806-SUMMIT6-00002808 |
| PX-39 | | X | Email from R. Fried to S. Lewis, et al. re: Wrapped up | 08/04/98 | SUMMIT6-00002811 |
| PX-40 | | X | Email from S. Lewis to T. Anderson, et al. re: Evangelism PowerPoint Slides, and Attached "PictureWorks Monorail Media Management Solution" Presentation | 08/06/98 | SUMMIT6-00002812-SUMMIT6-00002824 |
| PX-41 | | X | Presentation: "Enterprise Business Model" | 08/11/98 | SUMMIT6-00002825-SUMMIT6-00002852 |
| PX-42 | | X | Email from R. Fried to S. Lewis, et al. re: Status: MAD Development this Week | 10/02/98 | SUMMIT6-00002970-SUMMIT6-00002971 |
| PX-43 | | X | Email from R. Fried to T. Anderson, et al. re: MAD Status Report | 11/06/98 | SUMMIT6-00002973-SUMMIT6-00002974 |
| PX-44 | | X | Letter from T. Anderson to C. Hamway re: Working with HFS | 10/16/97 | SUMMIT6-00003062-SUMMIT6-00003068 |
| PX-45 | | X | Lab Notebook | | SUMMIT6-00003336-SUMMIT6-00003489 |
| PX-46 | | X | Email from R. Fried to S. Lewis, et al. re: MAD Phase 1 Development Schedule | 09/15/98 | SUMMIT6-00003498 |
| PX-47 | | X | Lab Notebook | | SUMMIT6-00004427-SUMMIT6-00004579 |
| PX-48 | | X | Email from R. Fried to T. Anderson, et al. re: MAD Status Report for 10/30/98 | 10/30/98 | SUMMIT6-00004581-SUMMIT6-00004582 |
| PX-49 | | X | Email from L. Fleming to A. Hunter, et al. re: MAD Team Meeting Minutes - 11/3/98 | 11/04/98 | SUMMIT6-00004583-SUMMIT6-00004585 |
| PX-50 | | X | Lab Notebook | | SUMMIT6-00004835-SUMMIT6-00004988 |
| PX-51 | | X | Press Release: "PictureWorks Technology, Inc. Announced that PictureBay Surpassed the Two Million Mark for Auction Image Views," Business Wire | 08/03/99 | SUMMIT6-00005246-SUMMIT6-00005247 |
| PX-71 | | X | Visual Content Services Agreement between iPIX and eBay, Amendment 1 | 01/01/01 | SUMMIT6-00013274-SUMMIT6-00013279 |
| PX-72 | | X | Visual Content Services Agreement between iPIX and eBay | 05/16/03 | SUMMIT6-00013364-SUMMIT6-00013399 |
| PX-73 | | X | Referral Development Agreement between AdMission and Advanced Computer Engineering Services, Inc. | 05/18/06 | SUMMIT6-00015095-SUMMIT6-00015100 |

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-74 | | X | Partner Service Agreement between AdMission and CityXpress | 09/01/05 | SUMMIT6-00015505-SUMMIT6-00015518 |
| PX-75 | | X | Referral Development Agreement between AdMission and DMG Consulting Group, Inc. | 08/02/06 | SUMMIT6-00015735-SUMMIT6-00015740 |
| PX-76 | | X | Partner Service Agreement between AdMission and Comscript Publishing Inc. | 03/22/05 | SUMMIT6-00015813-SUMMIT6-00015826 |
| PX-77 | | X | Rimfire License Agreement between iPIX and The Knoxville News-Sentinel Company | 10/26/01 | SUMMIT6-00016036-SUMMIT6000016047 |
| PX-78 | | X | Client Service Agreement between AdMission and Hearst Newspapers | 06/01/06 | SUMMIT6-00021089-SUMMIT6-00021108 |
| PX-79 | | X | Client Service Agreement between AdMission and St. Paul Pioneer Press | 08/01/07 | SUMMIT6-00021984-SUMMIT6-00022002 |
| PX-81 | | X | Asset Purchase Agreement between AdMission and iPIX | | SUMMIT6-00022923-SUMMIT6-00022952 |
| PX-82 | | X | Asset Purchase Agreement between AdMission and iPIX, Exhibit G | | SUMMIT6-00022953-SUMMIT6-00022990 |
| PX-83 | | X | Asset Purchase Agreement between AdMission and iPIX | 01/11/05 | SUMMIT6-00023212-SUMMIT6-00023238 |
| PX-84 | | X | AdMission Common Stock Purchase Warrant | 02/11/05 | SUMMIT6-00023319-SUMMIT6-00023330 |
| PX-85 | | X | Purchase Agreement between iPIX and Free Range | 07/27/06 | SUMMIT6-00027275-SUMMIT6-00027287 |
| PX-86 | | X | Patent Purchase, License and Repurchase Agreement between iPIX and AdMission | 02/11/05 | SUMMIT6-00027288-SUMMIT6-00027302 |
| PX-87 | | X | Service Agreement between AdMission and iPIX | 02/11/05 | SUMMIT6-00027309-SUMMIT6-00027340 |
| PX-88 | | X | Spotlight Ads Agreement between AdMission and Gannett Satellite Information Network | 12/01/06 | SUMMIT6-00033542-SUMMIT6-00033549 |
| PX-89 | | X | Rimfire Service Agreement Amendment between AdMission (formerly iPIX) and Gannett Supply Corporation | 03/01/06 | SUMMIT6-00033716-SUMMIT6-00033722 |
| PX-90 | | X | Client Service Agreement between AdMission and Guard Publishing Company | 04/01/07 | SUMMIT6-00033754-SUMMIT6-00033772 |
| PX-91 | | X | Collaboration Agreement between AdMission (formerly known as iPIX) and Mactive Incorporated | 09/06/05 | SUMMIT6-00033972-SUMMIT6-00033978 |
| PX-92 | | X | Preferred Partner Agreement between AdMission and Mactive Incorporated | 04/01/06 | SUMMIT6-00033979-SUMMIT6-00033999 |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-93 | | X | Representation Agreement between AdMission and ThirdMove | 05/17/05 | SUMMIT6-00034515-SUMMIT6-00034525 |
| PX-94 | | X | Rimfire Service Software License Agreement between PictureWorks and USAWeb.com, LLC | 07/23/99 | SUMMIT6-00034576-SUMMIT6-00034584 |
| PX-96 | | X | AdMission Amended and Restated Certificate of Incorporation | 01/18/05 | SUMMIT6-00073929-SUMMIT6-00073944 |
| PX-98 | | X | Rimfire Service Agreement between AdMission and Tribune Interactive, Inc., Amendment 3 | 06/01/06 | SUMMIT6-00074635 -SUMMIT6-00074643 |
| PX-99 | | X | Patent License Agreement between Summit 6 and PhotoRocket | 07/01/11 | SUMMIT6-00080040-SUMMIT6-00080053 |
| PX-100 | | X | Screenshot: Cars.com - 1992 BMW 735i | 08/26/00 | SUMMIT6-00088610 |
| PX-101 | | X | Screenshot: Cars.com - Add Your Photo | | SUMMIT6-00088615 |
| PX-102 | | X | Presentation: "AdMission - Investor Presentation M/C Venture Partners | 07/20/06 | SUMMIT6-00088653-SUMMIT6-00088666 |
| PX-103 | | X | "Profitability Moves Forward as Business Scales Raising Estimates and Publishing Update Report," J.P. Morgan | 05/23/00 | SUMMIT6-00089535-SUMMIT6-00089537 |
| PX-104 | | X | Presentation: "iPIX Media Acquisition, Processing & Distribution System" | 02/26/03 | SUMMIT6-00089850-SUMMIT6-00089865 |
| PX-105 | | X | Presentation: "iPIX: Nexp 2002 - Transaction Services Group - June Planning Session" | | SUMMIT6-00090301-SUMMIT6-00090335 |
| PX-106 | | X | eBay: Picture Services, Add a Picture | | SUMMIT6-00091023 |
| PX-107 | | X | Presentation: "iPIX - Wireless Imaging Solutions" | | SUMMIT6-00092212-SUMMIT6-00092224 |
| PX-108 | | X | Presentation: "iPIX - Mobile Interactive Photography Applications," 3G 2000 Conference | 05/10/00 | SUMMIT6-00092234-SUMMIT6-00092272 |
| PX-109 | | X | iPIX Future Image | 08/26/00 | SUMMIT6-00092717-SUMMIT6-00092734 |
| PX-110 | | X | Press Release: "Hikari Tsushin Subsidiary jside.com Selects iPIX Infrastructure to Power Visual Content on Wireless Devices" | 04/17/00 | SUMMIT6-00096737-SUMMIT6-00096739 |
| PX-111 | | X | Presentation: "iPIX - Rimfire Performance" | | SUMMIT6-00096855-SUMMIT6-00096864 |
| PX-121 | | X | Press Release: "iPIX and eBay Amend Imaging Services Partnership" | 06/00/03 | SUMMIT6-00117149-SUMMIT6-00117151 |
| PX-127 | | X | eBay: Frequently Asked Questions | | SUMMIT6-00120505-SUMMIT6-00120519 |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-128 | | X | Presentation: "PictureWorks Organizational Meeting" | 01/05/00 | SUMMIT6-00121871-SUMMIT6-00121967 |
| PX-129 | | X | Patent License Agreement between Summit 6 and The Cobalt Group | 08/15/10 | SUMMIT6-00122030-SUMMIT6-00122042 |
| PX-131 | | X | Visual Content Services Agreement between iPIX and eBay, Amendment 2 | 09/26/01 | SUMMIT6-00122091-SUMIMT6-00122136 |
| PX-132 | | X | Asset Purchase Agreement between AdMission and UCC Holdings, Inc. | 05/05/08 | SUMMIT6-00126527-SUMMIT6-00126639 |
| PX-133 | | X | Patent License Agreement between AdMission Licensing and The Cobalt Group | 05/05/08 | SUMMIT6-00126640-SUMMIT6-00126650 |
| PX-136 | | X | Visual Content Services Agreement between iPIX and eBay, Amendment 3 | 06/27/03 | SUMMIT6-00127671-SUMMIT6-00127697 |
| PX-141 | | X | PictureWorks Documents from R. Dominy re R. Fried's Work | | SUMMIT6-00133541-SUMMIT6-00133580 |
| PX-144 | | X | Press Release: "iPIX to Acquire PictureWorks Technology, Inc. to Form End-to-End Internet Imaging Solutions Company" | 03/08/00 | SUMMIT6-00136013-SUMMIT6-00136015 |
| PX-147 | | X | Press Release: "PictureWorks Technology Propels Leadership Position in Internet Imaging with Rimfire 2.5" | 11/16/99 | SUMMIT6-00136472-SUMMIT6-00136473 |
| PX-148 | | X | Presentation: "PictureWorks - Wireless Imaging" | | SUMMIT6-00136503-SUMMIT6-00136509 |
| PX-149 | | X | Presentation: "PictureWorks - Organizational Meeting" | 01/05/00 | SUMMIT6-00137414-SUMMIT6-00137506 |
| PX-153 | | X | AdMission Licensing LLC Certificate of Formation | 11/07/06 | SUMMIT6-00139643 |
| PX-154 | | X | Limited Liability Operating Agreement of Summit 6 | 04/01/09 | SUMMIT6-00140394-SUMMIT6-00140397 |
| PX-156 | | X | AdMission Certificate of Incorporation | 12/14/04 | SUMMIT6-00144732-SUMMIT6-00144734 |
| PX-160 | | X | Press Release: "AdMission Corp. Granted Web-Based Media Submission Patent" | 06/09/05 | SUMMIT6-00147278-SUMMIT6-00147284 |
| PX-162 | | X | Patent License Agreement between Summit 6 and Classified Ventures | 04/01/09 | SUMMIT6-00151465-SUMMIT6-00151477 |
| PX-164 | | X | Summit 6 LLC Annual Report to Owners | 03/00/11 | SUMMIT6-00151999-SUMMIT6-00152005 |
| PX-168 | | X | iPIX Operations Monthly Performance Report - Apr. 03 | 04/30/03 | SUMMIT6-00153409-SUMMIT6-00153416 |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-169 | | X | iPIX Operations Monthly Performance Report - Aug. 03 | 08/31/03 | SUMMIT6-00153417-SUMMIT6-00153424 |
| PX-170 | | X | iPIX Operations Monthly Performance Report - Dec. 02 | 12/31/02 | SUMMIT6-00153425-SUMMIT6-00153432 |
| PX-171 | | X | iPIX Operations Monthly Performance Report - Feb. 03 | 02/28/03 | SUMMIT6-00153433-SUMMIT6-00153439 |
| PX-172 | | X | iPIX Operations Monthly Performance Report - July 03 | 07/31/03 | SUMMIT6-00153440-SUMMIT6-00153446 |
| PX-173 | | X | iPIX Operations Monthly Performance Report - June 03 | 06/30/03 | SUMMIT6-00153447-SUMMIT6-00153454 |
| PX-174 | | X | iPIX Operations Monthly Performance Report - May 03 | 05/31/03 | SUMMIT6-00153455-SUMMIT6-00153462 |
| PX-175 | | X | iPIX Operations Monthly Performance Report - Nov. 02 | 11/31/02 | SUMMIT6-00153463-SUMMIT6-00153470 |
| PX-176 | | X | iPIX Operations Monthly Performance Report - Sept. 03 | 09/30/03 | SUMMIT6-00153471-SUMMIT6-00153478 |
| PX-178 | | X | iPIX Operations Monthly Performance Report - Jan. 03 | 01/31/03 | SUMMIT6-00153479-SUMMIT6-00153485 |
| PX-185 | | X | Presentation: "iPIX, Enhancing Classified Advertising with Visual Data, Rimfire Overview for Classified Ventures," D. Strickland and S. Pate | 10/02/03 | SUMMIT6-00242097-SUMMIT6-00242110 |
| PX-187 | | X | Presentation: "eBay - Jeff Jordan Senior Vice President, eBay U.S." | | SUMMIT6-00244594-SUMMIT6-00244616 |
| PX-191 | | X | iPIX Operations Monthly Performance Report - Mar. 03 | 03/31/03 | SUMMIT6-00250508-SUMMIT6-00250520 |
| PX-192 | | X | iPIX Operations Monthly Performance Report - Oct. 03 to Jan. 04 | 01/31/04 | SUMMIT6-00250631-SUMMIT6-00250641 |
| PX-236 | | X | "Dialing for Pictures: 2006 U.S. Camera Phone User Survey," Lyra Research | 08/16/06 | SUMMIT6-00259073-SUMMIT6-00259074 |
| PX-287 | | X | "Camera Phone Sales Drive Handset Shipments," A. Gonsalves, EE Times | 07/30/04 | SUMMIT6-00259948-SUMMIT6-00259949 |
| PX-292 | | X | "MMS Is Growing in More Ways than One: The Dimensions and Implications of Surging MMS Growth," Comverse Position Paper | 11/00/09 | SUMMIT6-00259989-SUMMIT6-00259997 |
| PX-318 | | X | "Perspective: Who Invented the Camera Phone? It Depends," M. Kanellos, CNET | 04/03/07 | SUMMIT6-00260304-SUMMIT6-00260307 |
| PX-321 | | X | "How and Why People Use Camera Phones," T. Kindberg, M. Spasojevic, R. Fleck, and A. Sellen, Hewlett-Packard Company | 11/26/04 | SUMMIT6-00260553-SUMMIT6-00260568 |

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-322 | | X | "I Saw This and Thought of You: Some Social Uses of Camera Phones," T. Kindberg, M. Spasojevic, R. Fleck, and A. Sellen, HP Laboratories Bristol | 02/25/05 | SUMMIT6-00260569-SUMMIT6-00260573 |
| PX-324 | | X | Press Release: "Games as the Foundation for Understanding Complex Economic Issues," The Royal Swedish Academy of Sciences | 10/11/94 | SUMMIT6-00260829-SUMMIT6-00260832 |
| PX-325 | | X | The 6Sight Report, Volume 18, Issue 08 | 10/00/09 | SUMMIT6-00261029-SUMMIT6-00261060 |
| PX-327 | | X | Patent License and Settlement Agreement between Summit 6 and RIM | 10/17/12 | SUMMIT6-00261191-SUMMIT6-00261208 |
| PX-328 | | X | "Americans and Their Cell Phones, Mobile Devices Help People Solve Problems and Stave off Boredom, but Create Some New Challenges and Annoyances," A. Smith, Senior Research Specialist, Pew Research Center | 08/15/11 | SUMMIT6-00261209-SUMMIT6-00261227 |
| PX-331 | | X | CTIA's Semi-Annual Wireless Industry Survey | 00/00/12 | SUMMIT6-00259998-SUMMIT6-00260007 |
| PX-332 | | X | AdMission Client Service Agreements | | SUMMIT6 multiple bates ranges listed on Appendix A |
| PX-333 | | X | AdMission Service Agreements | | SUMMIT6 multiple documents listed on Appendix B |
| PX-334 | | X | AdMission Spotlight Ads Agreements | | SUMMIT6 multiple bates ranges listed on Appendix C |
| PX-335 | | X | "eBay for Dummies," R. Woerner, M. Collier, & S. Becker | 00/00/99 | SUMMIT6-00153544-SUMMIT6-00153572 |
| PX-336 | | X | "A Brief History of Design & Usability at Kodak," Kodak Research and Development; http://www.kodak.com/US/en/corp/researchDevelopment/whatWeDo/development/designUsability/history.shtml | 06/29/12 | |
| PX-349 | | X | Definition of MMS: What is MMS Picture Messaging? About.com | 12/05/12 | |
| PX-353 | | X | Samsung Annual Reports, 2004-2011 | | SUMMIT6-00261305-SUMMIT6-00262008 |
| PX-363 | | X | iPIX Corporation 10-K | 12/31/04 | SUMMIT6-00262009-SUMMIT6-00262068 |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-364 | | X | iPIX Operations Monthly Performance Report - Jan 03-Dec 03 | | SUMMIT6-00250474-SUMMIT6-00250532; SUMMIT6-00250553-SUMMIT6-00250568; SUMMIT6-00250599-SUMMIT6-00250613; SUMMIT6-00250631-SUMMIT6-00250641 |
| PX-369 | | X | iPIX Corporation Form 10-Q, for Quarters Ended 09/30/03, 06/30/03, 03/31/04 | 03/31/04 | SUMMIT6-00262117-SUMMIT6-00262197 |
| PX-370 | | X | Manual of Patent Examining Procedure, Sections: § 402; 609; 707.05; 716.01(b)-(d); 716.02; 717.05; 1302.04; 2001.01; 2004.13; 2133.03(d); 2141; 2214; 2216 | 07/00/10 | |
| PX-373 | | X | "Digital Focus: More Photo Printing Tips," D. Johnson, PC World' http://www.pcworld.com/article/115656/digital_focus_more_photo_printing_tips.html | 04/27/04 | |
| PX-375 | | X | Optimize for Mobile; http://developersfacebook.com/html5/build/features/mobile/ | 12/05/12 | |
| PX-377 | | X | Megapixel Calculator; http://web.forret.com/tools/megapixel.asp | 12/05/12 | |
| PX-378 | | X | Samsung Intensity II Review, http://www.phonearena.com/reviews/Samsung-Intensity-II-Review_id2497/page/2 | 08/10/10 | |
| PX-379 | | X | AT&T Wireless Support Page; http://www.att.com/esupport/article.jsp?sid+34458&cv=820#fbid=djd7lcPaxUi | 12/06/12 | |
| PX-380 | | X | Survey: "Most Popular Digital Camera" www.digitalcamerareview.com from 2005 to present | 12/05/12 | |
| PX-381 | | X | Manual: Samsung Omnia II, Verizon Wireless; http://downloadcenter.samsung.com/content/UM/201009/2010091602210 3468/VZW_SCH-I920_OmniaII_English_UM_CJ10D_TE_102309_F15_with_patent_fix.pdf | 00/00/09 | |
| PX-382 | | X | Manual: Samsung SGH-i907, Getting Started Guide, by AT&T; http://downloadcenter.samsung.com/content/UM/200 | | |
| PX-383 | | X | Manual: Verizon Wireless Intensity II; http://downloadcenter.samsung.com/content/UM/201010/2010101323202 9000/Verizon_Wireless_U460_Intensity2_Eng)_Manual.pdf | 00/00/10 | |

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-387 | | X | Manual: HTML Techniques for Web Content Accessibility, Guidelines 1.0, W3C; http://www.w3.org/TR/WCAG10-HTML-TECHS | 11/06/00 | |
| PX-388 | | X | 13.3 Generic Inclusion: the OBJECT Element; http://www.w3.org/TR/html4/struct/objects.html#edef-OBJECT | 12/05/12 | |
| PX-389 | | X | 13.4 Including an Applet: the APPLET Element; http://www.w3.org/TR/html4/struct/objects.html#edef-APPLET | 12/05/12 | |
| PX-390 | | X | ActionScript 3.0 (AS3) API Reference; http://help.adobe.com/en_US/FlashPlatform/reference/actionscript/3/index.html | 12/05/12 | |
| PX-401 | | X | Bitmap, android.com; http://www.developer.android.com/reference/android/graphics/Bitmap.html#inSampleSize | 12/05/12 | |
| PX-402 | | X | Cover Sheet for the GIF89a Specification, Deferred Clear Code in LZW Compression; http://www.w3.org/Graphics/GIF/spec-gif89a.txt | 12/05/12 | |
| PX-403 | | X | Description of the Guidelines for Selecting the Appropriate Picture Format in an Office Program, Microsoft Support; http://support.microsoft.com/kb/320314 | 12/05/12 | |
| PX-409 | | X | jPeg Committee Homepage; jpeg.org | 12/05/12 | |
| PX-411 | | X | "MediaStore.Images.Media, extends Object implements," MediaStore.Images.ImageColumns; http://developer.android.com/reference/android/provider/MediaStore.Images.Media.html | 12/05/12 | |
| PX-417 | | X | PNG (Portable Network Graphics) Home Site; http://www.libpng.org/pub/png | 12/05/12 | |
| PX-427 | | X | Manual: OMA MMS, Encapsulation Protocol, Approved Version 1.2; http://www.miniware.net/docs/OMA-MMS-ENC-V1_2-20050301-A.pdf | 03/01/05 | |
| PX-428 | | X | Manual: Samsung SCH-R860 Series; http://downloadcenter.samsung.com/content/UM/201003/20100309025657609/SCH-R860MetroPCS-Caliber-English_User_Manual.pdf | 00/00/09 | |
| PX-429 | | X | Manual: Samsung SGH-i617; http://downloadcenter.samsung.com/content/UM/200712/20071218064737515_att_i617_BlackJack_II_eng_ug.pdf | 00/00/07 | |
| PX-430 | | X | Manual: Samsung T359, Portable Quad-Band Mobile Phone; http://downloadcenter.samsung.com/content/UM/201006/20100630031039640/TMO_SGH-T359_Smile_English_UM_F7.pdf | 00/00/10 | |

11

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-431 | | X | MMS Encapsulation Protocol, Approved Version 1.3 – 13 Sep 2011, Open Mobile Alliance, OMA-TS-MMS_ENC-V1_3-20110913-A | 09/13/11 | |
| PX-433 | | X | About OMA, OMA Mobile Alliance; http://www.openmobilealliance.org/aboutoma/default.aspx | 12/05/12 | |
| PX-434 | | X | "AT&T Cell Phones: How Do I Update My Infuse 4G (SGH-i997) Mobile Device to Android 2.3 (Gingerbread) Operating System?" Samsung.com, FAQs; http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_i d=FAQ00045587&fm_seq=46249#kies_mini | 12/05/12 | |
| PX-435 | | X | Building and Running, Android Developers; http://developer.android.com/tools/building/index.html | 12/05/12 | |
| PX-436 | | X | "Cell Phones: Will my Samsung Device Receive an Update to Android 4.0 Ice Cream Sandwich (ICS)?" Samsung.com, FAQs; http://www.samsung.com/us/support/SupportOwnersFAQPopup.do?faq_i d=FAQ00046726&fm_seq=49755&rel_cont=Y | 12/05/12 | |
| PX-437 | | X | Dalvik Optimization and Verification With dexopt, netmite.com; http://www.netmite.com/android/mydroid/dalvik/docs/dexopt.html | 12/05/12 | |
| PX-438 | | X | "How do I Upload Photos and Videos to Facebook?" Samsung Impression, Facebook FAQ; http://www.facebook.com/notes/samsung-impression/faqs/126125670752086 | 06/08/10 | |
| PX-439 | | X | Customer Questions and Answers for Samsung Caliber Touchscreen Cell Phone; http://answers.us.samsung.com/answers/ 7463/product/SCH-R860/samsung-samsungcaliber-touchscreen-cell-phone-questions-answers/ questions.htm?page=4 | 12/05/12 | |
| PX-440 | | X | "How can I get the Latest Software Update (LE1) for my Samsung Galaxy S2 (SGH-T989) from T-Mobile?" http://www.samsung.com/us/support/ SupportOwnersFAQPopup.do?faq_id=FAQ00047277&fm_seq=50955 | 07/26/12 | |
| PX-441 | | X | OMA Copyright Notice; http://www.openmobilealliance.org/Technical/releas_program/docs/Copyr ightClick.aspx?pck=MMS&file=V1_3-20110913-A/OMA-TS-MMS_ENC-V1_3-20110913-A.pdf | 12/05/12 | |
| PX-442 | | X | Mbuni: Open Source MMS Gateway, Section_.1.1.1, User Guide; http://mbuni.org/userguide.shtml#Section_.1.1.1 | 12/05/12 | |
| PX-443 | | X | MMS Messaging, XDA Developers; http://forum.xda-developers.com/showthread.php?t=1706595 | 12/07/12 | |

12

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-444 | | X | Multi Media Messaging (MMS), Samsung.com; http://www.samsung.com/us/support/SupportOwnersFAQPrint.do?faq_id=FAQ00046422&fm_seq=49348 | 07/27/12 | |
| PX-445 | | X | Multipurpose Internet Mail Extensions (MIME) Part One: Format of Internet Message Bodies, Network Working Group; http://www.ietf.org/rfc/rfc2045.txt | 11/00/96 | |
| PX-447 | | X | Share a Photo via Text Message, Twitter Blog; http://blog.twitter.com/2011/09/share.photo-via-text-message.html | 06/20/12 | |
| PX-448 | | X | The MIME Multipart/Related Content-type, Network Working Group; http://www.ietf.org/rfc/rfc2387.txt | 08/00/98 | |
| PX-449 | | X | "Upload Photos and Videos via Email to Photobucket," Photobucket; http://photobucket.com/mobile/upload | 00/00/12 | |
| PX-450 | | X | "Verizon Wireless Cell Phones: What Are The Required Steps To Upgrade To DG21 For My SCH-i920 Omnia II On Windows Vista / Windows 7?" Samsung.com, FAQs; http://www.samsung.com/us/support/SupprtOwnersFAQPopup.do?faq_id=FAQ00010960&fm_seq=11128&rel_cont=Y | 12/05/12 | |
| PX-451 | | X | "What is my Post-by-Email Address?" Facebook Mobile; http://www.facebook.com/help/?faq=21015361235084#What-is-my-personal-publishing-address? | 12/05/12 | |
| PX-453 | | X | Samsung Delve Touchscreen Cell Phone; http://www.samsung.com/us/mobile/cellphones/SCH-R800ZKAATL | 12/05/12 | |
| PX-454 | | X | t259 Cell Phone; http://www.samsung.com/us/mobile/cellphones/SGH-T259HBBTMB | 12/05/12 | |
| PX-455 | | X | T-Mobile Sidekick 4G Android Smartphone; http://www.samsung/us/mobile/cell-phones/SGHT839HABTMB | 12/06/12 | |
| PX-456 | | X | Manual: Samsung Galaxy S II; http://downloadcenter.samsung.com/content/UM/201206/20120621214924349/T-Mobile_T989_Galaxy_S_II_English_User_Manual_LE1_F2.pdf | 00/00/12 | |
| PX-457 | | X | Source Code: http//mmsbg.googlecode.com/svn-history/r2/trunk/res/xml/mms_config.xml | 00/00/09 | |
| PX-459 | | X | "Samsung Galaxy Indulge gets FOTA Update Pushed by MetroPCS," A. F., phonearena.com | 05/18/11 | |
| PX-463 | | X | Manual: Samsung Intensity II; http://downloadcenter.samsung.com/content/UM/201010/20101013232029000/Verizon?Wireless_U460_Intensity2_Eng_User_Manual.pdf | 00/00/10 | Jones Dep Ex 271 |

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-748 | | X | Manual: Samsung / Verizon Wireless Intensity II | 00/00/10 | SAM0001734-SAM0001926 |
| PX-749 | | X | Manual: Samsung Vibrant, Galaxy Phone, T-Mobile Portable Quad-Band Mobile Phone | | SAM0022907-SAM0023125 |
| PX-750 | | X | Chart: Compliance for "Sprint OMA MMS Client Requirements v1.2" | | SAM0025308-SAM0025323 |
| PX-751 | | X | Manual: Sprint OMA MMS Client Requirements, Version 1.2 | 02/04/10 | SAM0025324-SAM0025343 |
| PX-752 | | X | Manual: Samsung T369, Portable Quad-Band Mobile Phone | | SAM0070716-'SAM0070868 |
| PX-754 | | X | Presentation: "Samsung Software Update Training for SCH-U660" | 09/12/11 | SAM0075559-SAM0075609 |
| PX-755 | | X | Verizon Wireless Software Release Notes, Version 2.7 | 07/07/11 | SAM0079217-SAM0079272 |
| PX-756 | | X | "Everything You Ever Wanted to Know About Android OTA Update," D. Zongker | 10/06/09 | SAM0248940-SAM0248959 |
| PX-757 | | X | Email from S. Park to J. Morse, et al. re:  Nexus S 'Known Issue' - GPS Related | 02/04/11 | SAM0260997-SAM0261000 |
| PX-758 | | X | Presentation: "Introduction to Samsung Kies 2.0" | 01/00/11 | SAM0262435-SAM0262457 |
| PX-759 | | X | Manual: Verizon Wireless Device Requirements MMS Version 33.0 | 03/00/11 | SAM0262961-SAM0263069 |
| PX-760 | | X | Samsung Software Release Notes | 12/29/11 | SAM0264798-SAM0265075 |
| PX-761 | | X | Manual: Samsung Software Release Notes - SGH-T869, T-Mobile | 12/12/11 | SAM0282263-SAM0282274 |
| PX-762 | | X | Samsung Smartphone Optimization Final Report | 01/23/12 | SAM0282275-SAM0282304 |
| PX-763 | | X | Device Requirements, Exchange Active Sync, Version 3.0 - redlined | 06/00/11 | SAM0404022-SAM0404063 |
| PX-764 | | X | Sprint OMA MMS Client Requirements, Version 1.3.1 | 11/00/11 | SAM0416139-SAM0416158 |
| PX-765 | | X | AT&T Device Requirements, Requirements Document, Document Number 13340, Revision 4.7 | 11/18/11 | SAM0417508-SAM0418845 |
| PX-766 | | X | Manual: "T-Mobile Product Requirements Document - 2011 2H MTR," by Senthil Velusamy | 10/14/11 | SAM0420981-SAM0420999 |

14

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-768 | | X | Manual: "T-Mobile Product Requirements Document - 2011 2H MTR," by Senthil Velusamy | 10/14/11 | SAM0421474-SAM0421492 |
| PX-769 | | X | Manual: "T-Mobile Product Requirements Document - 2011 2H MTR," by Khadouj Fikry | 10/14/11 | SAM0421575-SAM0421642 |
| PX-770 | | X | Manual: "T-Mobile Product Requirements Document - 2011 2H MTR," by Senthil Velusamy | 10/14/11 | SAM0421966-SAM0422013 |
| PX-771 | | X | Manual: "T-Mobile Product Requirements Document - 2011 2H MTR," by Senthil Velusamy | 10/14/11 | SAM0422244-SAM0422261 |
| PX-772 | | X | Spreadsheet: Wireless Sales | | SAM0422270 |
| PX-773 | | X | Presentation: "2012 Wireless Traditional Mobile Phone Satisfaction Study Vol. 1," J.D. Powers and Associates | 03/00/12 | SAM0433061-SAM0433149 |
| PX-774 | | X | Presentation: "Understanding Women & Youth Mobile Segment," STA Market Research | 06/06/12 | SAM0433151-SAM0433177 |
| PX-775 | | X | Manual: Samsung Galaxy Note Mobile Phone | 00/00/12 | SAM0441735-SAM0441957 |
| PX-776 | | X | Manual: Samsung Galaxy S III | 00/00/12 | SAM0449643-SAM0449876 |
| PX-777 | | X | Spreadsheet: U.S. HHP Sales | | SAM0460462 |
| PX-778 | | X | Source Code: Samsung | | SAM-SC00001-SAM-SC10558 |
| PX-785 | | X | Spreadsheet: Make, Model MMS_MO_Usage, October 2011 - April 2012 | | ATT001339 |
| PX-814 | | X | Chart: Verizon Wireless MMS by Device | | VZW 0000541-VZW 0000545 |
| PX-838 | | X | Samsung's Objections and Responses to Summit 6 LLC's First Set of Common Interrogatories (1-10) | 09/22/11 | |
| PX-841 | | X | Samsung's Objections and Responses to Summit 6 LLC's First Set of Interrogatories (1) | 10/20/11 | |
| PX-846 | | X | Samsung's Objections and Responses to Summit 6 LLC's Second Set of Interrogatories (2-3) - Exhibit A | 12/12/11 | |
| PX-847 | | X | Samsung's Objections and Responses to Summit 6 LLC's Second Set of Interrogatories (2-3) | 12/12/11 | |
| PX-851 | | X | Samsung's Objections and Responses to Summit 6 LLC's Third Set of Interrogatories (4-5) | 02/24/12 | |
| PX-852 | | X | Samsung's First Supplemental Objections and Responses to Summit 6 LLC's First Set of Common Interrogatories (1-10) | 03/03/12 | |

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-857 | | X | Samsung's Objections and Responses to Summit 6 LLC's Fourth Set of Interrogatories (6-11) | 04/26/12 | |
| PX-861 | | X | Samsung's First Supplemental Objections and Responses to Summit 6 LLC's Fourth Set of Interrogatories (6-11) | 05/16/12 | |
| PX-862 | | X | Samsung's Second Supplemental Objections and Responses to Summit 6 LLC's First Set of Common Interrogatories (6) | 05/16/12 | |
| PX-863 | | X | Samsung's Objections and Responses to Summit 6 LLC's Fifth Set of Interrogatories | 05/29/12 | |
| PX-864 | | X | Samsung's Third Supplemental Objections and Responses to Summit 6 LLC's First Set of Common Interrogatories (6) | 06/08/12 | |
| PX-867 | | X | Samsung's Objections and Responses to Summit 6 LLC's Sixth Set of Interrogatories (14-16) | 06/28/12 | |
| PX-869 | | X | Samsung's Objections and Responses to Summit 6 LLC's Seventh Set of Interrogatories (17) | 07/09/12 | |
| PX-872 | | X | Samsung's Second Supplemental Objections and Responses to Summit 6 LLC's Fourth Set of Interrogatories (9-11) | 07/23/12 | |
| PX-873 | | X | Samsung's Supplemental Objections and Responses to Summit 6 LLC's First Set of Interrogatories (1) | 07/23/12 | |
| PX-880 | | X | Samsung's Second Supplemental Objections and Responses to Summit 6 LLC's First Set of Common Interrogatories (1) | 08/03/12 | |
| PX-886 | | X | Samsung's First Supplemental Objections and Responses to Summit 6 LLC's Sixth Set of Interrogatories (15) | 08/20/12 | |
| PX-887 | | X | Samsung's Third Supplemental Objections and Responses to Summit 6 LLC's First Set of Common Interrogatories (1) | 08/23/12 | |
| PX-896 | | X | Samsung's First Supplemental Objections and Responses to Summit 6 LLC's First Set of Common Interrogatories (10) | 10/01/12 | |
| PX-897 | | X | Samsung's First Supplemental Objections and Responses to Summit 6 LLC's Fourth Set of Interrogatories (7-8) | 10/01/12 | |
| PX-898 | | X | Samsung's First Supplemental Objections and Responses to Summit 6 LLC's Second Set of Interrogatories (2) | 10/01/12 | |
| PX-899 | | X | Samsung's First Supplemental Objections and Responses to Summit 6 LLC's Seventh Set of Interrogatories (17) | 10/01/12 | |
| PX-900 | | X | Samsung's First Supplemental Objections and Responses to Summit 6 LLC's Third Set of Interrogatories (4) | 10/01/12 | |
| PX-901 | | X | Samsung's Second Supplemental Objections and Responses to Summit 6 LLC's First Set of Common Interrogatories (1) | 10/01/12 | |

16

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-916 | | X | Samsung's Second Supplemental Objections and Responses to Summit 6 LLC's Fourth Set of Interrogatories (6) | 10/10/12 | |
| PX-919 | | X | Samsung's Third Supplemental Objections and Responses to Summit 6 LLC's Fourth Set of Interrogatories (6) | 11/05/12 | |
| PX-921 | | X | Summit 6 30(b)(6) Notices to Defendants | | |
| PX-937 | | X | "eBay for Dummies, 2nd Edition," R. Woerner, M. Collier, & S. Becker | 00/00/01 | SUMMIT6-00153502-SUMMIT6-00153522 |
| PX-953 | | X | PictureWorks Press Release Summaries | | SUMMIT6-00008801 |
| PX-958 | | X | Patent License Agreement between Summit 6 and Facebook, Inc. | 02/08/13 | SUMMIT6-00262351-SUMMIT6-00262360 |
| PX-959 | | X | Samsung MMS Screenshots | | |
| PX-961 | | X | "AT&T Cell Phones: How Do I Use Text - Multimedia Messaging on my AT&T SGH-1997 (Infuse 4G) Phone?" Samsung FAQs, www.samsung.com/us/support/SupportOwners/AQPopu.do?faq_id=FAQ0 0004284fm_seq=4452 | 03/21/13 | SUMMIT6-00262361-SUMMIT6-00262369 |
| PX-962 | | X | Summit 6 Accused Model (SEC), with Bate numbers and Confidential designation added, per Defendant Samsung's instructions | | SAM0460712 |
| PX-964 | | X | Samsung Galaxy S II and Samsung Galaxy S III Cell Quick Start Sheets | | SUMMIT6-00262370-SUMMIT6-00262379 |
| PX-971 | | X | "How to Add an Image to Your Item's Description," eBay | | SUMMIT6-02022052 SUMMIT6-00262256 |
| PX-997 | | X | Samsung Devices Chart | | |

| DEMONSTRATIVE EXHIBITS | | | | | |
|---|---|---|---|---|---|
| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
| PDX-1 | | X | Demonstrative: "eBay for Dummies," R. Woerner, M. Collier, & S. Becker | 00/00/99 | |
| PDX-2 | | X | Demonstrative: "eBay for Dummies, 2nd Edition," R. Woerner, M. Collier, & S. Becker | 00/00/01 | |
| PDX-3 | | X | Demonstrative: "eBay for Dummies, 3rd Edition," R. Woerner, M. Collier, & S. Becker | 00/00/02 | |
| PDX-4 | | X | Demonstrative: Photo Enhancer (Shrink Wrapped Software) | | |
| PDX-5 | | X | Demonstrative: Real Estate Imaging Tool Kit (Shrink Wrapped Software) | | |

| DEMONSTRATIVE EXHIBITS | | | | | |
|---|---|---|---|---|---|
| **PL EX** | **OFF** | **ADMT** | **DESCRIPTION** | **DATE** | **BATES NO.** |
| PDX-6 | | X | Demonstrative: Hot Shots (Shrink Wrapped Software) | | |
| PDX-7 | | X | Demonstrative: Hot Shots (Shrink Wrapped Software - Asian Version) | | |
| PDX-9 | | X | Activated Samsung Galaxy S II Phone | | |
| PDX-10 | | X | Activated Samsung Galaxy SIII Phone | | |
| PDX-13 | | X | QuickTake 100 Camera | | |
| PDX-14 | | X | PictureWorks PhotoNow! Brochure | | |
| PDX-15 | | X | PictureWorks PhotoEnhancer Brochure | | |
| PDX-16 | | X | U.S. Patent 6,895,557 B1 to Wood, et al. - Blue Ribbon | 05/17/05 | SUMMIT6-00000001-SUMMIT6-00000014 |
| PDX-17 | | X | U.S. Patent 7,765,482 B2 to Wood, et al. - Blue Ribbon | 07/27/10 | SUMMIT6-00000015-SUMMIT6-00000030 |
| PDX-18 | | X | Dr. Jones Claim Board No. 1 | | |
| PDX-19 | | X | Dr. Jones Claim Board No. 2 | | |
| PDX-20 | | X | Flip Chart Used During E. Wright Cross Examination | | |

| SUMMIT6 TRIAL EXHIBIT LIST<br>APPENDIX A<br>AdMission Client Service Agreements | | | | | |
|---|---|---|---|---|---|
| **PL EX** | **OFF** | **ADMT** | **DESCRIPTION** | **DATE** | **BATES NO.** |
| PX-332 | | X | Agreement: Client AdMission Service Agreement between AdMission and Sun Coast Media Corp. | 06/15/06 | SUMMIT6-00017627-SUMMIT6-00017640 |
| PX-332 | | X | Agreement: Client AdMission Service Agreement between AdMission and Sun Coast Media group Incorporated | 09/01/05 | SUMMIT6-00017641-SUMMIT6-00017655 |
| PX-332 | | X | Agreement: Client AdMission Services Agreement between AdMission and AmeriSellRealty.com Inc. | 04/11/06 | SUMMIT6-00017527-SUMMIT6-00017541 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Advanced P( Inc. | 09/06/05 | SUMMIT6-00033264-SUMMIT6-00033282 |

| | | | SUMMIT6 TRIAL EXHIBIT LIST<br>APPENDIX A<br>AdMission Client Service Agreements | | |
|---|---|---|---|---|---|
| **PL EX** | **OFF** | **ADMT** | **DESCRIPTION** | **DATE** | **BATES NO.** |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Autobytel Inc. | 09/04/07 | SUMMIT6-00033365-SUMMIT6-00033380 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Beacon Journal Publishing, Co., Inc. | 03/01/07 | SUMMIT6-00033288-SUMMIT6-00033303 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Classified Ventures, LLC | 06/01/06 | SUMMIT6-00020456-SUMMIT6-00020475 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Classified Ventures, LLC | 06/01/06 | SUMMIT6-00033504-SUMMIT6-00033520 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Colorado Springs Gazette | 05/01/06 | SUMMIT6-00033554-SUMMIT6-00033568 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Cox Newspapers | 08/09/06 | SUMMIT6-00033585-SUMMIT6-00033610 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Gannett Supply Corporation | 11/16/04 | SUMMIT6-00024813-SUMMIT6-00024826 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Hearst Newspapers | 06/01/06 | SUMMIT6-00021109-SUMMIT6-00021133 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Hearst Newspapers | 06/01/06 | SUMMIT6-00021151-SUMMIT6-00021171 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Hearst Newspapers | 06/01/06 | SUMMIT6-00033304-SUMMIT6-00033323 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Home News Enterprises | 07/01/06 | SUMMIT6-00033810-SUMMIT6-00033823 |

McKool 877379v1

| | | | SUMMIT6 TRIAL EXHIBIT LIST<br>APPENDIX A<br>AdMission Client Service Agreements | | |
|---|---|---|---|---|---|
| **PL EX** | **OFF** | **ADMT** | **DESCRIPTION** | **DATE** | **BATES NO.** |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Lee Enterprises, Incorporated | 10/01/06 | SUMMIT6-00033917-SUMMIT6-00033930 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Loot Limited | 06/01/06 | SUMMIT6-00033934-SUMMIT6-00033950 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Miami Herald | 02/01/06 | SUMMIT6-00034038-SUMMIT6-00034054 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and North Jersey Media Group | 07/20/07 | SUMMIT6-00034153-SUMMIT6-00034171 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Northwest Media | 02/01/06 | SUMMIT6-00016000-SUMMIT6-00016013 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Northwest Media | 02/01/06 | SUMMIT6-00033855-SUMMIT6-00033868 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Phoenix Newspapers Inc. | 11/01/05 | SUMMIT6-00033330-SUMMIT6-00033343 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Phoenix Newspapers Inc. | 11/01/05 | SUMMIT6-00034212-SUMMIT6-00034225 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and RE InfoLink | 05/24/05 | SUMMIT6-00034237-SUMMIT6-00034251 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and St. Paul Pioneer Press | 08/01/07 | SUMMIT6-00034357-SUMMIT6-00034373 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Sun Journal | 03/00/06 | SUMMIT6-00034374-SUMMIT6-00034388 |

| | | | SUMMIT6 TRIAL EXHIBIT LIST<br>APPENDIX A<br>AdMission Client Service Agreements | | |
|---|---|---|---|---|---|
| **PL EX** | **OFF** | **ADMT** | **DESCRIPTION** | **DATE** | **BATES NO.** |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and The Daily Breeze | 06/10/05 | SUMMIT6-00034404-SUMMIT6-00034418 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and The Press of Atlantic City | 08/01/05 | SUMMIT6-00034471-SUMMIT6-00034486 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and The Spokesman Review | 04/15/06 | SUMMIT6-00034493-SUMMIT6-00034508 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and WP Company | 07/01/06 | SUMMIT6-00034639-SUMMIT6-00034654 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and www.bakersfield360.com | 04/19/06 | SUMMIT6-00015318-SUMMIT6-00015330 |
| PX-332 | | X | Agreement: Client Service Agreement between AdMission and Yellowpages.com | 06/20/06 | SUMMIT6-00034700-SUMMIT6-00034736 |
| PX-332 | | X | Agreement: Client Service Agreement between iPIX and The McClatchy Company | 09/01/04 | SUMMIT6-00034014-SUMMIT6-00034028 |

| **PL EX** | **OFF** | **ADMT** | **DESCRIPTION** | **DATE** | **BATES NO.** |
|---|---|---|---|---|---|
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Belo Interactive | 06/01/04 | SUMMIT6-00020336-SUMMIT6-00020349 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Belo Interactive | 06/01/04 | SUMMIT6-00033430-SUMMIT6-00033446 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and BRV Inc. | 07/31/03 | SUMMIT6-00015474-SUMMIT6-00015486 |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and BusinessHere Inc. | 04/01/03 | SUMMIT6-00033492-SUMMIT6-00033503 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and CARad.com | 10/14/02 | SUMMIT6-00015444-SUMMIT6-00015453 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Classified Ventures | 03/03/04 | SUMMIT6-00015521-SUMMIT6-00015535 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Classified Ventures | 04/02/03 | SUMMIT6-00020539-SUMMIT6-00020551 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Classified Ventures | 09/01/03 | SUMMIT6-00020552-SUMMIT6-00020567 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and DeRemate.com | 06/06/03 | SUMMIT6-00015705-SUMMIT6-00015717 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Globe Newspaper Company, Inc. | 07/25/03 | SUMMIT6-00033740-SUMMIT6-00033752 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Highline Technologies LLC | 11/21/02 | SUMMIT6-00015909-SUMMIT6-00015919 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Homestore.com Inc. | 08/25/99 | SUMMIT6-00018756-SUMMIT6-00018772 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and IDEALERNetwork LLC | 08/22/02 | SUMMIT6-00018404-SUMMIT6-00018415 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Knight-Ridder, Inc. | 07/02/04 | SUMMIT6-00033869-SUMMIT6-00033887 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Kompolt and Company | 01/01/04 | SUMMIT6-00016015-SUMMIT6-00016028 |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and New York Times Digital | 10/18/04 | SUMMIT6-00034120-SUMMIT6-00034133 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Seattle Times Company, Inc. | 06/10/03 | SUMMIT6-00034269-SUMMIT6-00034280 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Tribune Interactive, Inc. | 01/15/04 | SUMMIT6-00034561-SUMMIT6-00034574 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and USAWeb.com, LLC | 07/23/99 | SUMMIT6-00019190-SUMMIT6-00019199 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and VIS, Inc. | 06/24/02 | SUMMIT6-00018216-SUMMIT6-00018226 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and WP Company LLC | 05/10/04 | SUMMIT6-00034624-SUMMIT6-00034638 |
| PX-333 | | X | Agreement: RimFire Service Agreement between iPIX and Yell Limited | 07/01/03 | SUMMIT6-00034687-SUMMIT6-00034699 |
| PX-333 | | X | Agreement: RimFire Service Agreement between RimFire and Homestore.com, Inc., Seventh Amendment | 08/00/02 | SUMMIT6-00018719-SUMMIT6-00018732 |
| PX-333 | | X | Agreement: RimFire Services Agreement between AdMission and Swapalease, Inc. | 06/28/02 | SUMMIT6-00017673-SUMMIT6-00017684 |
| PX-333 | | X | Agreement: RimFire Services Agreement between iPIX and AdStar Incorporated | 03/01/02 | SUMMIT6-00033255-SUMMIT6-00033263 |
| PX-333 | | X | Agreement: RimFire Services Agreement between iPIX and Hearst Communications, Inc. | 04/18/02 | SUMMIT6-00033775-SUMMIT6-00033783 |
| PX-333 | | X | Agreement: RimFire Services Agreement between iPIX and Homestore Incorporated | 07/01/03 | SUMMIT6-00017061-SUMMIT6-00017080 |

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and IDEALERNetwork LLC | 08/22/02 | SUMMIT6-00033844-SUMMIT6-00033854 |
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and INteliTouch | 12/01/02 | SUMMIT6-00015972-SUMMIT6-00015979 |
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and LA Times Communications, LLC | 09/27/01 | SUMMIT6-00033900-SUMMIT6-00033910 |
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and LeaseTrading.com | 05/09/02 | SUMMIT6-00016121-SUMMIT6-00016131 |
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and Metropolitan Regional Information Systems, Inc. | 11/11/03 | SUMMIT6-00034099-SUMMIT6-00034114 |
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and Pricegrabber.com | 09/13/02 | SUMMIT6-00034226-SUMMIT6-00034236 |
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and Source One Services Corporation | 03/08/02 | SUMMIT6-00017552-SUMMIT6-00017563 |
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and The Times | 03/01/07 | SUMMIT6-00034115-SUMMIT6-00034119 |
| PX-333 |  | X | Agreement: Rimfire Services Agreement between iPIX and TitleAuctions | 12/09/02 | SUMMIT6-00034526-SUMMIT6-00034538 |
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and TitleAuctions, LLC | 12/09/02 | SUMMIT6-00017744-SUMMIT6-00017756 |
| PX-333 |  | X | Agreement: RimFire Services Agreement between iPIX and Tribune Interactive, Inc. | 01/15/04 | SUMMIT6-00017784-SUMMIT6-00017798 |
| PX-333 |  | X | Agreement: Service Agreement between Admission and Metropolitan Regional Information Systems, Inc. | 11/15/06 | SUMMIT6-00246868-SUMMIT6-00246891 |

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-333 | | X | Agreement: Service Agreement between AdMission and Autotrader.com | 10/26/06 | SUMMIT6-00033381-SUMMIT6-00033401 |
| PX-333 | | X | Agreement: Service Agreement between AdMission and Entercom Communications Corp. | 08/28/07 | SUMMIT6-00033680-SUMMIT6-00033695 |
| PX-333 | | X | Agreement: Service Agreement between AdMission and iPIX | 08/16/06 | SUMMIT6-00015980-SUMMIT6-00015996 |
| PX-333 | | X | Agreement: Service Agreement between AdMission and Wheel Deals LLC | 08/23/07 | SUMMIT6-00034655-SUMMIT6-00034671 |
| PX-333 | | X | Agreement: Service Agreement between Classified Ventures and Admission | 06/01/06 | SUMMIT6-00020476-SUMMIT6-00020493 |
| PX-333 | | X | Agreement: Services Agreement between AdMission and Cox Texas Newspapers, LP | 11/06/05 | SUMMIT6-00034603-SUMMIT6-00034620 |
| PX-333 | | X | Agreement: Services Agreement between iPIX and Cox Texas Newspapers | 01/06/08 | SUMMIT6-00015195-SUMMIT6-00015209 |
| PX-333 | | X | Agreement: Services Agreement between iPIX and Grand Junction Newspapers, Inc. | 02/03/05 | SUMMIT6-00034419-SUMMIT6-00034434 |
| PX-333 | | X | Agreement: Services Agreement between iPIX and Palm Beach Newspapers, Inc. | 12/10/04 | SUMMIT6-00034188-SUMMIT6-00034203 |
| PX-333 | | X | Agreement: General Services Agreement between Bank of America and iPIX | 06/20/02 | SUMMIT6-00033478-SUMMIT6-00033491 |

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|---|---|---|---|---|---|
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Bell Canada | 09/01/07 | SUMMIT6-00033418-SUMMIT6-00033429 |

McKool 877379v1

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Belo Interactive | 08/01/07 | SUMMIT6-00033447-SUMMIT6-00033457 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Colorado Springs Gazette | 09/01/06 | SUMMIT6-00033569-SUMMIT6-00033576 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Dispatch Printing Company | 11/01/06 | SUMMIT6-00033577-SUMMIT6-00033583 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and KY3 | 08/01/07 | SUMMIT6-00016086-SUMMIT6-00016093 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Las Vegas Review-Journal | 04/00/07 | SUMMIT6-00033912-SUMMIT6-00033916 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Los Angeles Newspaper | 02/18/08 | SUMMIT6-00033895-SUMMIT6-00033899 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Los Angeles Times Communications LLC | 04/01/07 | SUMMIT6-00033958-SUMMIT6-00033963 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Louisville Courier Journal | 04/01/07 | SUMMIT6-00033964-SUMMIT6-00033971 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Media General | 11/28/07 | SUMMIT6-00034029-SUMMIT6-00034037 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Montgomery Advertiser | 04/01/07 | SUMMIT6-00034074-SUMMIT6-00034081 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and North County Times | 03/21/07 | SUMMIT6-00034148-SUMMIT6-00034152 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Philly Online | 05/01/07 | SUMMIT6-00034206-SUMMIT6-00034211 |

| PL EX | OFF | ADMT | DESCRIPTION | DATE | BATES NO. |
|-------|-----|------|-------------|------|-----------|
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and Philly Online, LLC | 05/01/07 | SUMMIT6-00017203-SUMMIT6-00017208 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and The Arizona Republic | 07/01/06 | SUMMIT6-00033345-SUMMIT6-00033350 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and The Atlanta Journal Constitution | 11/01/06 | SUMMIT6-00033283-SUMMIT6-00033287 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and The Modesto Bee | 06/25/07 | SUMMIT6-00016486-SUMMIT6-00016491 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and The News Tribune | 05/29/06 | SUMMIT6-00017687-SUMMIT6-00017691 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and The Post and Courier | 08/24/07 | SUMMIT6-00033521-SUMMIT6-00033525 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and The Spokesman-Review | 01/16/07 | SUMMIT6-00034487-SUMMIT6-00034492 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and The Times | 02/28/08 | SUMMIT6-00034341-SUMMIT6-00034345 |
| PX-334 | | X | Agreement: Spotlight Ads Agreement between AdMission and The Times | 03/01/07 | SUMMIT6-00034346-SUMMIT6-00034352 |

McKool 877379v1

Dated:  April 4, 2013

Respectfully submitted,

**MCKOOL SMITH P.C.**
_s/ Mitchell R. Sibley_
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley, Lead Attorney
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Phillip Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**CALDWELL CASSADY
CURRY P.C.**
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady Curry P.C.
1717 McKinney Ave, Suite 700
Dallas, TX 75202
Telephone: (214) 810-4705

Telecopier: (214) 481-1757

**ATTORNEYS FOR PLAINTIFF SUMMIT 6 LLC**

McKool 877379v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on counsel for Defendant Samsung through this Court's ECF system by electronic mail on this 4th day of April, 2013.

_s/ Mitchell R. Sibley_
Mitchell R. Sibley

McKool 877379v1