**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SUMMIT 6 LLC,** | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:11-cv-00367-O |
| v. | § § | |
| **RESEARCH IN MOTION CORP.,** et. al. | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § § § § | |

## SUMMIT 6'S MOTION FOR A COMPULSORY ROYALTY

Plaintiff Summit 6 LLC ("Summit 6") requests that the Court award an ongoing compulsory royalty for patent infringement for accused devices sold by Samsung post-verdict. As explained in the attached brief, such relief is necessary to compensate Summit 6 for Samsung's continued infringement.

DATED: April 12, 2013

Respectfully submitted,

**McKOOL SMITH, P.C.**

s/ *Theodore Stevenson III*
Theodore Stevenson III, ***Lead Attorney***
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Phillip Aurentz
Texas State Bar No. 24059404
paurentz@mckoolsmith.com
Ashley N. Moore
Texas State Bar No. 24074748
amoore@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
msibley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

John B. Campbell
Texas State Bar No. 24036314
jcampbell@mckoolsmith.com
Kathy H. Li
Texas State Bar No. 24070142
kli@mckoolsmith.com
James Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**CALDWELL CASSADY CURRY P.C.**

Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@caldwellcc.com
Caldwell Cassady Curry P.C.
1717 McKinney Ave, Ste 700
Dallas, TX 75202
Telephone: (214) 810-4705
Telecopier: (214) 481-1757

**ATTORNEYS FOR PLAINTIFF
SUMMIT 6 LLC**

**CERTIFICATE OF CONFERENCE**

On April 10, 2013 and April 11, 2013, Mr. Stevenson conferred with Mr. Nelson, attorney for Samsung, regarding the relief sought in this Motion. Samsung indicated that it is opposed to the relief requested in this Motion.

/s/ Theodore Stevenson III
Theodore Stevenson III

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on counsel for Defendants through this Court's ECF system by electronic mail on this 12th day of April, 2013.

/s/ Mitchell R. Sibley
Mitchell R. Sibley